In the Matter of the Claim of DALLAS DICKSON, Appellant. COMMISSIONER OF LABOR, Respondent. [45 NYS3d 823]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 17, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.